Western New York and Pennsylvania Traction Company, Respondent, *v.* Erie Railroad Company, Appellant.

Same, Respondent, *v.* Same, Appellant.

*Western N. Y. & Penn. Traction Co.* v. *Erie R. R. Co.*, 134 App. Div. 907, affirmed.
(Submitted February 14, 1913; decided March 25, 1913.)

Appeal in each of the above-entitled proceedings from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 12, 1909, which affirmed an order of Special Term confirming the report of commissioners appointed to determine the location of a proposed crossing of defendant's tracks and the amount of compensation therefor.

*F. A. Robbins* for appellant.

*Simon Fleischmann* for respondent.

Order in each case affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Willard Bartlett, Chase, Cuddeback, Hogan and Miller, JJ.